IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DONNA KAY WELLS LLOYD, :
as Personal Representative for the
Estate of Clarence D. Wells, deceased, :

    Plaintiff, :

v. : Civil No.: 1:11-CV-02810-CCB

JENSEN FARMS, et. al. :

    Defendants. :

## STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41a(1)(A)(ii)

COME NOW the Parties, by and through their attorneys of record, undersigned, and requests this court to dismiss this action as to all defendants, and to dismiss any third-party or cross-claims, all without prejudice, under FRCP 41(a)(1)(A)(ii), stating as follows:

1. The Plaintiffs filed a complaint against the Defendants on September 30, 2011.
2. Defendant Jensen Farms filed a cross-claim against defendant Frontera on December 20, 2011.
3. By order of this court dated May 1, 2012, defendant Frontera was granted leave to amend its answer to include a cross-claim against defendant Jensen Farms, and also to file a third-party complaint against third-party defendants Primus Group, Inc. d/b/a "Primus Labs," Bio Food Safety, Inc., and Pepper Equipment Corp.
4. All parties except third-party defendant Bio Food Safety have appeared in this action.
5. Pepper Equipment Co. has filed a motion to dismiss for lack of personal jurisdiction.
6. Under FRCP 41(a)(1)(A)(ii), the parties to an action may dismiss the action by written stipulation signed by all parties who have appeared.
7. This stipulation to dismiss is expressly done without prejudice to the ability of plaintiff to re-file this action at a later date, and is also without prejudice to the ability of any party to later assert any defense, counterclaim or cross-claim, or third-party claim.

7·18·12
Dated

R. Drew Falkenstein, *Admitted Pro Hac Vice*
Marler Clark, LLP
1301 2nd Avenue, Suite 2800
Seattle, WA 98101
T: 206-346-1888 / F: 206-346-1898
dfalkenstein@marlerclark.com

STIPULATION FOR VOLUNTARY DISMISSAL
W/O PREJUDICE UNDER FRCP 41a(1)(A)(ii) - 1

                and

Michael C. Blackstone, #00976
Ward & Klein, Chartered
2275 Research Boulevard, Suite 720
Rockville, MD 20850
mblackstone@ward-klein.com
T: 240-243-7200 / F: 240-243-7201
*Attorneys for Plaintiffs*

7/23/12
Dated

*Robert L. Ferguson, Jr.* (signature)
Robert L. Ferguson, Jr.
Gregory P. Currey
Ferguson, Schetelich & Ballew, PA
100 S. Charles Street, Suite 1401
Baltimore, MD 21201-2725
T: 410-837-2200 / F: 410-837-1188
rfertguson@fsb-law.com
gcurrey@fsb-law.com
*Attorneys for Jensen Farms*

7/23/12
Dated

*Nicholas J. Parolisi, Jr.* (signature)
Nicholas J. Parolisi, Jr., Esq.
Litchfield Cavo, LLP
303 West Madison Street, Suite 300
Chicago, IL 60606
T: 312-781-6665
Parolisi@litchfieldcavo.com
*Attorneys for Jensen Farms*

7/19/12
Dated

*Eric M. Leppo* (signature)
Eric Michael Leppo
Robert E. Scott, Jr., #05010
Semmes, Bowen & Semmes
25 S. Charles St., Suite 1400
Baltimore, MD 21201
T: 410-539-5040 / F: 410-539-5223
eleppo@semmes.com
rscott@semmes.com
*Attorneys for Frontera Produce, Inc.*

2

7/23/12
Dated

_____
Kenneth G. Anderson
S. Christian Stouder
Haight Brown and Bonesteel, LLP
555 S. Flower Street, 45th Floor
Los Angeles, CA  90071
T: 213-542-8000 / F: 213-542-8100
kanderson@hbblaw.com
cstouder@hbblaw.com
*Attorneys for Frontera Produce, Inc.*

_____
Dated

_____
Thomas Jay Althauser
Jeffrey W. Bredeck
Eccleston and Wolf, PC
Baltimore Washington Law Center
7240 Parkway Drive, Fourth Fl.
Hanover, MD  21076
T: 410-752-7474 / F: 410-752-0611
Althauser@ewmd.com
bredeck@ewmd.com
*Attorneys for Primus Group, Inc.*

_____
Dated

_____
Thomas L. Doran
Decaro Doran Siciliano Gallagher and Deblasis
17251 Melford Blvd., Ste. 200
Bowie, MD  20715
T: 301-352-4950 / F: 2301-352-8691
tdoran@decarodoran.com
*Attorneys for Pepper Equipment Corp.*

| | |
|---|---|
| _____<br>Dated | Kenneth G. Anderson<br>S. Christian Stouder<br>Haight Brown and Bonesteel, LLP<br>555 S. Flower Street, 45th Floor<br>Los Angeles, CA 90071<br>T: 213-542-8000 / F: 213-542-8100<br>kanderson@hbblaw.com<br>cstouder@hbblaw.com<br>*Attorneys for Frontera Produce, Inc.* |
| _7-20-2012_____<br>Dated | /s/ *signature*<br>Thomas Jay Althauser<br>Jeffrey W. Bredeck<br>Eccleston and Wolf, PC<br>Baltimore Washington Law Center<br>7240 Parkway Drive, Fourth Fl.<br>Hanover, MD 21076<br>T: 410-752-7474 / F: 410-752-0611<br>Althauser@ewmd.com<br>bredeck@ewmd.com<br>*Attorneys for Primus Group, Inc.* |
| _July 19, 2012_____<br>Dated | /s/ *signature*<br>Thomas L. Doran<br>Decaro Doran Siciliano Gallagher and Deblasis<br>17251 Melford Blvd., Ste. 200<br>Bowie, MD 20715<br>T: 301-352-4950 / F: 2301-352-8691<br>tdoran@decarodoran.com<br>*Attorneys for Pepper Equipment Corp.* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41a(1)(A)(ii) was served on this 24th day of July, 2012 by electronic filing with the United States District Court for the District of Maryland, a copy of which was then forwarded to the attorney of record by the Court's CM/EMF system and via first class mail, postage prepaid to:

| | |
|---|---|
| Robert L. Ferguson, Jr.<br>Gregory P. Currey<br>Ferguson, Schetelich & Ballew, PA<br>100 S. Charles Street, Suite 1401<br>Baltimore, MD 21201-2725 | Nicholas J. Parolisi, Jr., Esq.<br>Litchfield Cavo, LLP<br>303 West Madison Street, Suite 300<br>Chicago, IL 60606 |
| Eric Michael Leppo<br>Robert E. Scott, Jr., #05010<br>Semmes, Bowen & Semmes<br>25 S. Charles St., Suite 1400<br>Baltimore, MD 21201 | Kenneth G. Anderson<br>S. Christian Stouder<br>Haight Brown and Bonesteel, LLP<br>555 S. Flower Street, 45th Floor<br>Los Angeles, CA 90071 |
| Thomas L. Doran<br>Decaro Doran Siciliano Gallagher and Deblasis<br>17251 Melford Blvd., Ste. 200<br>Bowie, MD 20715 | Thomas Jay Althauser<br>Jeffrey W. Bredeck<br>Eccleston and Wolf, PC<br>Baltimore Washington Law Center<br>7240 Parkway Drive, Fourth Fl.<br>Hanover, MD 21076 |

_____
R. Drew Falkenstein, Esquire